# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| SHARON ROSE ) | CASE NO. 23-20197 |
|     Debtor ) | CHAPTER 13 |

## MOTION FOR SUBSTITUTION OF COLLATERAL AND DISBURSEMENT OF INSURANCE PROCEEDS

Debtor, Sharon Rose, by Counsel, Dan Whitten, hereby moves the Court for an Order Substituting Collateral and, in support thereof, states as follows:

1. That 1st Source Bank has a lien on Debtor's 2020 Ford Eco Sport.

2. Debtor's 2020 Ford Eco Sport was fully insured and was totaled due to damage sustained by impact from a vehicular collision.

3. That Debtor's insurance company, Allstate Insurance Company, is to pay $20,694.00.

4. That Debtor wishes to purchase a replacement automobile with the proceeds of the insurance and 1st Source Bank needs to release it's lien from the 2020 Ford Eco Sport title certificate and deliver it to the Chapter 13 Trustee so the insurance proceeds can be obtained.

5. That Debtor wishes to substitute the lien of 1st Source Bank on the 2020 Ford Eco Sport for a lien on the replacement automobile purchased with the monies received from the insurance company.

6. That Debtor requests that the Trustee be authorized to sign all necessary papers to transfer said 2020 Ford Eco Sport and cause the replacement vehicle to be purchased with 1st Source Bank's lien on the title which, pursuant the Chapter 13 Trustee's records, now has a secured balance due thereon of approximately $20,756.48.

7. That the Trustee shall be authorized to disburse the total amount of the insurance proceeds in the amount of $20,694.00 for the purchase of the new vehicle. That any insurance proceeds, above the amount needed for the purchase of the new vehicle will be held for the benefit of 1st Source Bank in the event the case is dismissed.

WHEREFORE, Debtor requests that her Motion to Substitute Lien and Disburse Insurance Proceeds be granted and for all other just and proper relief of the premises.

Dated:  September 21, 2023   /s/ Dan L. Whitten
Dan L. Whitten, Attorney for Debtor
6183 Central Avenue
Portage, IN  46368
(219) 763-6012

# CERTIFICATE OF SERVICE

I certify that on September 21, 2023, service of true and complete copies of the attached pleading or paper was made upon the following by electronic service:

Paul R. Chael, 401 West 84th Drive, Suite C, Merrillville, IN 46410 @ ECF@pchael13.com
U.S. Trustee, 100 E. Wayne St., South Bend, IN 46601 @ ustpregion10.so.ecf@usdoj.gov

and upon the following by depositing the same in the United States Mail, in envelopes properly addressed to each of them and with sufficient first class postage affixed:

1st Source Bank
ATTN:  Chief Officer or Agent
100 N. Michigan St., 4th Floor
South Bend, IN  46601

Allstate Insurance Company
PO Box 660636
Dallas, TX  75266

Debtor

 /s/ Dan L. Whitten
Dan L. Whitten