# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

IN RE: )
SHARON ROSE ) CASE NO. 23-20197
    Debtor ) CHAPTER 13

## ORDER FOR SUBSTITUTION OF COLLATERAL

This cause came before the Court on Debtor's Motion for Substitution of Collateral. The Court being duly advised in the premises, finds that the vehicle owned by the Debtor, which is the collateral for the indebtedness to 1st Source Bank, is necessary for the Debtor's reorganization and that the Debtor's should be allowed to use the insurance proceeds from the damage to purchase a replacement vehicle. Therefore, it is ordered:

1. That the Debtors are authorized to use the insurance proceeds of $20,694.00 to purchase a replacement vehicle.

2. That Allstate Insurance Company, the insurance company issuing payment, shall issue same payable to "Paul R. Chael, Standing Chapter 13 Trustee" for deposit into the Debtor's Chapter 13 Proceeding.

3. That Creditor, 1st Source Bank, shall release its lien on the damaged vehicle so that the title can be delivered to the insurance company for salvage.

4. That the Debtor is authorized to transfer title to the old vehicle to the insurance company, if necessary.

5. That the Trustee approves Debtor's purchase of a replacement vehicle with said insurance proceeds and, upon approval of said transaction, will issue his check payable to the vendor of said automobile.

6. That the vendor shall place the lien of Creditor, 1st Source Bank, on the title of said replacement vehicle as first lien holder.

7. That the Trustee's check issued to the vendor shall contain a restrictive endorsement that the endorsement of said check by the vendor constitutes a warranty that they have placed the lien of 1st Source Bank on the title of the newly purchased vehicle of the Debtor.

8. That any insurance proceeds, above the amount needed for the purchase of the new vehicle will be held for the benefit of 1st Source Bank in the event the case is dismissed.

**SO ORDERED**.

Date: _____          _____
                                                        JUDGE, U.S. BANKRUPTCY COURT

Distribution:

1st Source Bank
ATTN: Chief Officer or Agent
100 N. Michigan St., 4th Floor
South Bend, IN  46601

Allstate Insurance Company
PO Box 660636
Dallas, TX  75266

Debtor

Paul R. Chael, 401 West 84th Drive, Suite C, Merrillville, IN 46410 @ ECF@pchael13.com

U.S. Trustee, 100 E. Wayne St., South Bend, IN 46601 @
ustpregion10.so.ecf@usdoj.govUNITED